## CAPITAL TRANSIT CO.
### v.
### DAVIS.
### No. 11879.

United States Court of Appeals
District of Columbia Circuit.
Argued Jan. 19, 1954.
Decided Jan. 28, 1954.

Wilbur K. Miller, Circuit Judge, dissented.

Mr. Frank F. Roberson, Washington, D. C., for appellant.

Mr. J. E. Bindeman, Washington, D. C., for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

In this personal injury case there was sharply conflicting testimony on vital points. We think the judge did not err

in submitting the case to the jury or in his instructions to the jury.

Affirmed.

WILBUR K. MILLER, Circuit Judge, dissents.